## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

In Re: §
§
GUNDER ROAD HOLDINGS, LLC § Case No. 13-32622
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John A. Hedback, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 443,000.00    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 334,427.38    Claims Discharged
Without Payment: NA

Total Expenses of Administration: 257,186.64

3) Total gross receipts of $591,614.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $591,614.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,842,716.36 | $727,738.68 | $727,738.68 | $275,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 211,398.73 | 211,398.73 | 211,398.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 45,787.91 | 45,787.91 | 45,787.91 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 11,147.47 | 11,147.47 | 11,147.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,123,607.39 | 1,011,618.78 | 1,011,618.78 | 48,279.91 |
| **TOTAL DISBURSEMENTS** | $8,966,323.75 | $2,007,691.57 | $2,007,691.57 | $591,614.02 |

4)  This case was originally filed under chapter  on 05/29/2013, and it was converted to chapter 7 on 09/25/2013.  The case was pending for 89 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2021                       By:/s/John A. Hedback

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 213 MILL STREET RENT | 1122-000 | 400.00 |
| 301 MILL ST RENTS | 1122-000 | 475.00 |
| 1% INT LA QUINTA JACK RABBIT TRAIL LLC | 1129-000 | 6,000.00 |
| 19% INT TRADITIONS OF MINNESOTA LLC | 1129-000 | 550,000.00 |
| 25% IN GUNDE ROAD REAL ESTATE HOLDINGS LLC | 1129-000 | 12,162.01 |
| ART & COLLECTIBLES | 1129-000 | 3,400.00 |
| CASH & UNCASHED CHECKS | 1129-000 | 1,177.01 |
| Claim vs Traditions | 1229-000 | 18,000.00 |
| TOTAL GROSS RECEIPTS | | $591,614.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 COMMERCE BANK 7650 EDINBOROUGH WAY Minneapolis MN 55435 2108 | | 4,316,600.00 | NA | NA | 0.00 |
| | Creditor # : 10 FAYETTE COUNTY TREASURER'S OFFICE BOX 273 WEST UNION  52175 | | 494.00 | NA | NA | 0.00 |
| | Creditor # : 11 FAYETTE COUNTY TREASURER'S OFFICE BOX 273 WEST UNION  52175 | | 1,550.00 | NA | NA | 0.00 |
| | Creditor # : 2 COMMERCE BANK 7650 EDINBOROUGH WAY Minneapolis MN 55435 2108 | | 500,000.00 | NA | NA | 0.00 |
| | Creditor # : 3 COULEE BANK 1516 LOSEY BLVD SOUTH La Crosse WI 54601 | | 504,782.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 4 COULEE BANK 1516 LOSEY BLVD SOUTH La Crosse WI 54601 | | 504,782.68 | NA | NA | 0.00 |
| | Creditor # : 5 DELAWARE COUNTY TREASURER 301 EAST MAIN STREET, ROOM 200 Manchester IA 52057 | | 2,210.00 | NA | NA | 0.00 |
| | Creditor # : 6 FAYETTE COUNTY TREASURER'S OFFICE BOX 273 WEST UNION  52175 | | 424.00 | NA | NA | 0.00 |
| | Creditor # : 7 FAYETTE COUNTY TREASURER'S OFFICE BOX 273 WEST UNION  52175 | | 4,372.00 | NA | NA | 0.00 |
| | Creditor # : 8 FAYETTE COUNTY TREASURER'S OFFICE BOX 273 WEST UNION  52175 | | 4,728.00 | NA | NA | 0.00 |
| | Creditor # : 9 FAYETTE COUNTY TREASURER'S OFFICE BOX 273 WEST UNION  52175 | | 2,773.00 | NA | NA | 0.00 |
| | Representing: COULEE BANK | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | SUCCESSOR IN INTEREST COULEE BANK | 4110-000 | NA | 727,738.68 | 727,738.68 | 275,000.00 |
| TOTAL SECURED CLAIMS | | | $5,842,716.36 | $727,738.68 | $727,738.68 | $275,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John A. Hedback | 2100-000 | NA | 32,830.70 | 32,830.70 | 32,830.70 |
| John A. Hedback | 2200-000 | NA | 636.76 | 636.76 | 636.76 |
| LTD INTERNATIONAL SURETIES | 2300-000 | NA | 208.82 | 208.82 | 208.82 |
| LTD. INTERNATIONAL SURETIES | 2300-000 | NA | 488.14 | 488.14 | 488.14 |
| ASSOCIATED BANK | 2600-000 | NA | 19,285.46 | 19,285.46 | 19,285.46 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 18,962.06 | 18,962.06 | 18,962.06 |
| TREASURY, US | 2810-000 | NA | -19,137.99 | -19,137.99 | -19,137.99 |
| U. S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| SWEENEY & MASTERSON PA | 3210-000 | NA | 131,564.00 | 131,564.00 | 131,564.00 |
| SWEENEY & MASTERSON PA | 3220-000 | NA | 3,230.28 | 3,230.28 | 3,230.28 |
| CHERYL G WESLER | 3410-000 | NA | 16,242.50 | 16,242.50 | 16,242.50 |
| CHERYL G WESLER | 3420-000 | NA | 615.50 | 615.50 | 615.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CBIZ MHM, LLC | 3731-000 | NA | 5,637.50 | 5,637.50 | 5,637.50 |
| BEL-AIRE STAMP & COIN | 3991-000 | NA | 510.00 | 510.00 | 510.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $211,398.73 | $211,398.73 | $211,398.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): STOEBNER LAPP LIBRA THOMSON | 6210-000 | NA | 45,122.91 | 45,122.91 | 45,122.91 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): MADSEN, O'MEARA AND COMPANY PC | 6410-000 | NA | 665.00 | 665.00 | 665.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $45,787.91 | $45,787.91 | $45,787.91 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 11,147.47 | 11,147.47 | 11,147.47 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $11,147.47 | $11,147.47 | $11,147.47 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 48 HOLDINGS, LLC 1555 SOUTHCROSS DRIVE Burnsville MN 55306 | | 224,492.00 | NA | NA | 0.00 |
| | Creditor # : 10 CITY OF CLERMONT P.O BOX 6 Clermont IA 52135 | | 68.10 | NA | NA | 0.00 |
| | Creditor # : 11 COMMERCE BANK 7650 EDINBOROUGH WAY Minneapolis MN 55435 2108 | | 550,000.00 | NA | NA | 0.00 |
| | Creditor # : 13 COULEE BANK 1516 LOSEY BLVD SOUTH La Crosse WI 54601 | | 222,956.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 14 IN HOUSE LAWYER ADVERTISING, INC. 1555 SOUTHCROSS DRIVER WEST Burnsville MN 55306 | | 90,150.00 | NA | NA | 0.00 |
| | Creditor # : 15 IOWA MUTUAL GROUP 509 NINTH ST P.O. BOX 290 DeWITT ID 52742 | | 681.65 | NA | NA | 0.00 |
| | Creditor # : 17 ROBERT GARDNER 3000 COUNTY ROAD 42 Burnsville MN 55337 | | 122,500.00 | NA | NA | 0.00 |
| | Creditor # : 18 ROBERT SHELQUEST MEDIQUIST, LLC, SUITE 2200 100 WASHINGTON ST Minneapolis MN 55401 | | 110,500.00 | NA | NA | 0.00 |
| | Creditor # : 19 SUPER LANDSCAPES 24056 JUNIPER ROAD West Union IA 52175 | | 690.00 | NA | NA | 0.00 |
| | Creditor # : 2 ACUITY INSURANCE CO. 2800 SOUTH TAYLOR DRIVE Sheboygan WI 53081 | | 407.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 20 TAURUS HOLDINGS, LLC 1555 SOUTHCROSS DRIVE Burnsville MN 55306 | | 95,000.00 | NA | NA | 0.00 |
| | Creditor # : 22 TRADITIONS OF MINNESOTA, LLC 1555 SOUTHCROSS DRIVE WEST Burnsville MN 55306 | | 105,231.00 | NA | NA | 0.00 |
| | Creditor # : 3 ALLIANT ENERGY P.O. BOX 3066 CEDAR RAPIDS  52406 | | 37.44 | NA | NA | 0.00 |
| | Creditor # : 4 ALLIANT ENERGY P.O. BOX 3066 CEDAR RAPIDS  52406 | | 41.96 | NA | NA | 0.00 |
| | Creditor # : 5 ALLIANT ENERGY P.O. BOX 3066 CEDAR RAPIDS  52406 | | 759.75 | NA | NA | 0.00 |
| | Creditor # : 6 ALLIANT ENERGY P.O. BOX 3066 CEDAR RAPIDS  52406 | | 46.79 | NA | NA | 0.00 |
| | Creditor # : 7 BALLENTHIN, FUNK AND JOHNSON, LLP 101 EAST FIFTH ST, STE 1500 Saint Paul MN 55101 | | 11,225.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 9 CHARLES W. JOHNSON 2599 MISSISSIPPI STREET Saint Paul MN 55112 | | 716,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | 7100-000 | NA | -1,632.42 | -1,632.42 | -1,632.42 |
| 1 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | NA | 374.06 | 374.06 | 17.82 |
| 6 | COMMERCE BANK | 7100-000 | 800,000.00 | 901,889.73 | 901,889.73 | 42,973.71 |
| 2 | FIA CARD SERVICES, N. A. | 7100-000 | NA | 9,875.16 | 9,875.16 | 941.06 |
| 3 | FIA CARD SERVICES, N. A. | 7100-000 | NA | 24,384.63 | 24,384.63 | 2,323.78 |
| 5 | MARSHALL A NESSA | 7100-000 | NA | 3,727.00 | 3,727.00 | 177.59 |
| 7 | PREMIER DEVELOPMENT, INC. | 7100-000 | 72,820.00 | 72,800.62 | 72,800.62 | 3,468.84 |
| 4B | INTERNAL REVENUE SERVICE | 7100-001 | NA | 200.00 | 200.00 | 9.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $3,123,607.39 | $1,011,618.78 | $1,011,618.78 | $48,279.91 |

## FORM 6
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 13-32622 | MER | Judge: | Michael E. Ridgway | | Trustee Name: | John A. Hedback |
| Case Name: | GUNDER ROAD HOLDINGS, LLC | | | | | Date Filed (f) or Converted (c): | 09/25/2013 (c) |
| | | | | | | 341(a) Meeting Date: | 10/29/2013 |
| For Period Ending: | 01/04/2021 | | | | | Claims Bar Date: | 01/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  301 MILL ST, CLERMONT, IA | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  212-214 MILL ST, CLERMONT IA | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 3.  115 COOK ST, WEST UNION, IA | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 4.  201 AUBURN, WEST UNION, IA | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 5.  LOT 20 GUNDER ROAD ESTATES, FAYETTE, IA | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 6.  213 MILL ST, CLERMONT, IA | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 7.  SOUTH 12TH ST, MANCHESTER, IA | 25,000.00 | 22,790.00 | | 0.00 | FA |
| 8.  CASH - TRADITIONS OF MN I, LLC MEMBER INS | Unknown | 0.00 | | 0.00 | FA |
| 9.  CASH & UNCASHED CHECKS | 3,278.01 | 1,177.01 | | 1,177.01 | FA |
| 10.  ART & COLLECTIBLES | 10,000.00 | 3,400.00 | | 3,400.00 | FA |
| 11.  INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12.  50% IN DIVERSIFIED LANDS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13.  EAGLE RIDGE HORSE & HUNT CLUB LLC MEMBER | 0.00 | 0.00 | | 0.00 | FA |
| 14.  25% IN GUNDE ROAD REAL ESTATE HOLDINGS LLC | 6,250.00 | 6,250.00 | | 12,162.01 | FA |
| 15.  1% INT LA QUINTA JACK RABBIT TRAIL LLC | 0.00 | 0.00 | | 6,000.00 | FA |
| 16.  20% INT LEX REAL ESTATE HOLDINGS LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 17.  LIFE COACH ALLIANCE LLC MEMBER | 0.00 | 0.00 | | 0.00 | FA |
| 18.  12.5% INT PHOENIX HEALTHS PARTERS, LLC | 12,500.00 | 12,500.00 | OA | 0.00 | FA |
| 19.  PHOENIX STRUCTURALS LLC MEMBER | Unknown | 0.00 | | 0.00 | FA |
| 20.  RES REALTY LLC MEMBER | Unknown | 0.00 | | 0.00 | FA |
| 21.  50% INT TAURUS HOLDINGS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22.  50% INT TRADITIONS MANAGEMENT LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23.  25.23% INT TRADITIONS OF IOWA LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 24.  19% INT TRADITIONS OF MINNESOTA LLC | 900,000.00 | 550,000.00 | | 550,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-32622 | MER | Judge: | Michael E. Ridgway | | Trustee Name: | | John A. Hedback |
| Case Name: | GUNDER ROAD HOLDINGS, LLC | | | | | Date Filed (f) or Converted (c): | | 09/25/2013 (c) |
| | | | | | | 341(a) Meeting Date: | | 10/29/2013 |
| For Period Ending: | 01/04/2021 | | | | | Claims Bar Date: | | 01/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  5% INT ZOE ACQUISITIONS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 26.  ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 27.  LEX REAL ESTATE HOLDINGS, LLC | 230,000.00 | 230,000.00 | OA | 0.00 | FA |
| 28.  CLAIM V DIEDRA BURKE | Unknown | 0.00 | | 0.00 | FA |
| 29.  CLAIMS FOR CONTRIBUTION AND INDEMNIF VS CO<br>DEBTORS | Unknown | 0.00 | | 0.00 | FA |
| 30.  COUNTERCLAIM VS TRADITIONS OF MINNESOTA II | Unknown | 0.00 | | 0.00 | FA |
| 31.  FURNITURE AND FIXTURES | 0.00 | 0.00 | | 0.00 | FA |
| 32.  OFFICE FURNITURE | 500.00 | 500.00 | | 0.00 | FA |
| 33.  301 MILL ST RENTS | 0.00 | 475.00 | | 475.00 | FA |
| 34.  213 MILL STREET RENT | 0.00 | 400.00 | | 400.00 | FA |
| 35.  Claim vs Traditions                         (u) | 21,000.00 | 18,000.00 | | 18,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,383,528.01          $845,492.01          $591,614.02          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Tax returns were filed August 2019.  Trustee is preparing to file a TFR which will hopefully be filed in October. September 11, 2019,
All assets have been liquidated.  Because assets were liquidated in 2018 it is necessary to file 2018 tax returns.  The return forms will not be availble from the IRS until early next year.  Trustee is hopeful that the accountant can complete the returns in early 2019 and the TFR can be filed soon thereafter. September 26, 2018, 03:55 pm
Accountant has requested documents in order to prepare tax returns.  Trustee is attempting to locate the documents.  Trustee would hope to file a TFR in the 1st qtr of 2018 after filing of tax returns and expiration of audit period.  October 09, 2017, 02:50 pm
All assets liquidated.  Accountant will conplete tax returns soon and Triustee will file a TFR 60 days after returns are filed.  Trustee would hope that will be this summer.  April 19, 2017, 11:27 am Counsel for Trustee had advised that further effort to liquidate assets will not result in any money for the estate.  Trustee will abandon these assets in October.  Trustee will proceed to have final tax returns prepared and hopes to file a TFR in early 2017. October 10, 2016, 04:21 pm  Truste has settled discovered claims vs Traditions, interviewed accountant regarding books.  No additional assets to pursue other than funds received in October.  Trustee will be filing abandonments of remaining assets in October.  Trustee will hire accountant to complete tax returns and should be able to file a TFR by mid 2016. October 07, 2015,  Potential sale of business has stalled.  Attorney for Trustee is doing to discovery on this and other assets.  Trustee does not antipcipate closing this estate until late 2015.

| RE PROP # | 7 | -- | property not in debtors name and also sold in tax foreclosure. |
| RE PROP # | 9 | -- | deposits on conversion |
| RE PROP # | 35 | -- | settlement |

Initial Projected Date of Final Report (TFR): 11/30/2015        Current Projected Date of Final Report (TFR): 12/31/2019

Case 13-32622   Doc 128   Filed 01/14/21   Entered 01/14/21 09:04:07   Desc   Page

FORM 26
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-32622
Case Name: GUNDER ROAD HOLDINGS, LLC

Trustee Name: John A. Hedback
Bank Name: ASSOCIATED BANK
Account Number/CD#: XXXXXX0134
Checking Account (Non-Interest Earn

Exhibit 9

Taxpayer ID No: XX-XXX0721
For Period Ending: 01/04/2021

Blanket Bond (per case limit): $37,979,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/13 | 34 | STUDION 18 LLC | RENT | 1122-000 | $400.00 | | $400.00 |
| 10/07/13 | 33 | THE ART GALLERY & HOME ACCENTS | RENT | 1122-000 | $100.00 | | $500.00 |
| 10/07/13 | 33 | WELLS FARGO MONEY ORDER FROM CASH | CASH RENT TURNED OVER BY DEBTOR | 1122-000 | $375.00 | | $875.00 |
| 10/09/13 | 9 | COMMERCE BANK | BALANCE ON HAND ON CONVERSION | 1129-000 | $1,177.01 | | $2,052.01 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,042.01 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,032.01 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,022.01 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,012.01 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,002.01 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,992.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,982.01 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,972.01 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,962.01 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,952.01 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,942.01 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,932.01 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,922.01 |

Page Subtotals: $2,052.01   $130.00

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-32622

Case Name: GUNDER ROAD HOLDINGS, LLC

Trustee Name: John A. Hedback

Bank Name: ASSOCIATED BANK

Account Number/CD#: XXXXXX0134

Checking Account (Non-Interest Earn

Exhibit 9

Taxpayer ID No: XX-XXX0721

For Period Ending: 01/04/2021

Blanket Bond (per case limit): $37,979,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,912.01 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,902.01 |
| 01/14/15 | 24 | STATE BANK OF BELLE PLAINE & McSWEENEY | PROCEEDS FROM SALE | 1129-000 | $550,000.00 | | $551,902.01 |
| 01/22/15 | 10001 | COULEE BANK C/O MURNANE BRANDT PA 30 E 7TH ST, STE 3200 ST PAUL, MN 55101 | PAYMENT FROM SALE OF MN TRADITIONS | 4110-000 | | $275,000.00 | $276,902.01 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $398.38 | $276,503.63 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $371.29 | $276,132.34 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $410.50 | $275,721.84 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $396.70 | $275,325.14 |
| 06/04/15 | 10002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond #016018055 | 2300-000 | | $157.89 | $275,167.25 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $409.33 | $274,757.92 |
| 06/18/15 | 10 | COINS, AMERICAN RARE | PURCHASE OF COLL. CURRENCY | 1129-000 | $3,400.00 | | $278,157.92 |
| 06/18/15 | 10003 | BEL-AIRE STAMP & COIN ATTN: GREG KELLERMANN 2589 HAMLINE AVE N, STE D ROSEVILLE, MN 55113 | PAYMENT | 3991-000 | | $510.00 | $277,647.92 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $397.29 | $277,250.63 |
| 07/10/15 | 10004 | CBIZ MHM, LLC ATTN: JERRY A BREMER 222 SOUTH 9TH ST, STE 1000 MINNEAPOLIS, MN 55402 | PAYMENT PER COURT ORDER | 3731-000 | | $5,637.50 | $271,613.13 |

Page Subtotals: $553,400.00   $283,708.88

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622
Case Name: GUNDER ROAD HOLDINGS, LLC

Taxpayer ID No: XX-XXX0721
For Period Ending: 01/04/2021

Trustee Name: John A. Hedback
Bank Name: ASSOCIATED BANK
Account Number/CD#: XXXXXX0134
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $37,979,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $408.97 | $271,204.16 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $403.21 | $270,800.95 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $389.64 | $270,411.31 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $402.02 | $270,009.29 |
| 11/16/15 | 35 | TRADITION OF MN | SETTLEMENT | 1229-000 | $18,000.00 | | $288,009.29 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $400.55 | $287,608.74 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $427.59 | $287,181.15 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $426.98 | $286,754.17 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $398.79 | $286,355.38 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $425.73 | $285,929.65 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $411.39 | $285,518.26 |
| 05/19/16 | 10005 | Reverses Check # 10005 | Bond Premium #016018055 incorrect bond amount; check not printed | 2300-000 | | ($141.51) | $285,659.77 |
| 05/19/16 | 10005 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond Premium #016018055 | 2300-000 | | $141.51 | $285,518.26 |
| 05/19/16 | 10006 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond Premium #016018055 | 2300-000 | | $144.66 | $285,373.60 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $424.41 | $284,949.19 |

Page Subtotals: $18,000.00  $4,663.94

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622
Case Name: GUNDER ROAD HOLDINGS, LLC

Trustee Name: John A. Hedback
Bank Name: ASSOCIATED BANK
Account Number/CD#: XXXXXX0134
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX0721
For Period Ending: 01/04/2021

Blanket Bond (per case limit): $37,979,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $409.98 | $284,539.21 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $423.05 | $284,116.16 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $422.36 | $283,693.80 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $408.19 | $283,285.61 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $421.17 | $282,864.44 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $406.98 | $282,457.46 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $419.93 | $282,037.53 |
| 02/03/17 | 14 | ACCOUNT, ROBERG M GARDNER IOLTA | PAYMENT | 1129-000 | $12,162.01 | | $294,199.54 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $419.35 | $293,780.19 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $391.59 | $293,388.60 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $436.18 | $292,952.42 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $421.50 | $292,530.92 |
| 06/05/17 | 10007 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST, STE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM #016018055 BOND #016018055 | 2300-000 | | $91.40 | $292,439.52 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $434.87 | $292,004.65 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $420.17 | $291,584.48 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $433.56 | $291,150.92 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $432.86 | $290,718.06 |

Page Subtotals: $12,162.01 $6,393.14

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622
Case Name: GUNDER ROAD HOLDINGS, LLC

Taxpayer ID No: XX-XXX0721
For Period Ending: 01/04/2021

Trustee Name: John A. Hedback
Bank Name: ASSOCIATED BANK
Account Number/CD#: XXXXXX0134
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $37,979,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $418.30 | $290,299.76 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $431.57 | $289,868.19 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $417.06 | $289,451.13 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $430.33 | $289,020.80 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $429.72 | $288,591.08 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $387.55 | $288,203.53 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $428.47 | $287,775.06 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $414.03 | $287,361.03 |
| 05/16/18 | 15 | GLEN J LERNER, A PROFESSIONAL CORP 4795 S DURANGO DR LAS VEGAS, NV 89147-8144 | 1% INT IN LAQUINTA JACK RABBIT LLC | 1129-000 | $6,000.00 | | $293,361.03 |
| 06/01/18 | 10008 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST, STE 420 NEW ORLEANS, LA 70139 | Bond #016018054 | 2300-000 | | $117.42 | $293,243.61 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $431.54 | $292,812.07 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $421.33 | $292,390.74 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $434.74 | $291,956.00 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $434.06 | $291,521.94 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $419.50 | $291,102.44 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $432.75 | $290,669.69 |

Page Subtotals: $6,000.00   $6,048.37

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-32622                                    Trustee Name: John A. Hedback          Exhibit 9
Case Name: GUNDER ROAD HOLDINGS, LLC                 Bank Name: ASSOCIATED BANK
                                                     Account Number/CD#: XXXXXX0134
                                                     Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX0721                           Blanket Bond (per case limit): $37,979,000.00
For Period Ending: 01/04/2021                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/18 | | Trsf To Bofl Federal Bank | FINAL TRANSFER | 9999-000 | | $290,669.69 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $591,614.02 | $591,614.02 |
| Less: Bank Transfers/CD's | $0.00 | $290,669.69 |
| Subtotal | $591,614.02 | $300,944.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $591,614.02 | $300,944.33 |

Page Subtotals:                           $0.00          $290,669.69

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622

Case Name: GUNDER ROAD HOLDINGS, LLC

Taxpayer ID No: XX-XXX0721

For Period Ending: 01/04/2021

Trustee Name: John A. Hedback

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0019

Checking Account

Blanket Bond (per case limit): $37,979,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | $290,669.69 | | $290,669.69 |
| 06/03/19 | 2001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND 3016018054 | 2300-000 | | $93.24 | $290,576.45 |
| 05/18/20 | 2002 | INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | 20-0420721 12.13.14 FORM 1065 | 2810-000 | | $4,702.49 | $285,873.96 |
| 05/18/20 | 2003 | INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | 20-0420721 12.13.15 FORM 1065 | 2810-000 | | $4,702.49 | $281,171.47 |
| 05/18/20 | 2004 | INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | 20-0420721 12.31.16 FORM 1065 | 2810-000 | | $4,734.01 | $276,437.46 |
| 05/18/20 | 2005 | INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | 20-0420721 12.31.17 FORM 1065 | 2810-000 | | $4,823.07 | $271,614.39 |
| 06/01/20 | 2006 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND #016018054 | 2300-000 | | $92.35 | $271,522.04 |
| 08/31/20 | | TREASURY, US | REFUND OF TAX PENALTY PD BY ESTATE | 2810-000 | | ($4,746.12) | $276,268.16 |
| 08/31/20 | | TREASURY, US | REFUND OF TAX PENALTY PD BY ESTATE | 2810-000 | | ($4,777.93) | $281,046.09 |
| 08/31/20 | | TREASURY, US | REFUND TAX PENALTY PD BY ESTATE | 2810-000 | | ($4,867.82) | $285,913.91 |
| 08/31/20 | | TREASURY, US | REFUND OF TAX PENALTY PD BY ESTATE | 2810-000 | | ($4,746.12) | $290,660.03 |
| 08/31/20 | | TREASURY, US | REFUND OF TAX PENALTY PD BY ESTATE | 2990-000 | $4,777.93 | | $295,437.96 |
| 08/31/20 | | TREASURY, US | REFUND OF TAX PENALTY PD BY ESTATE | 2990-000 | $4,867.82 | | $300,305.78 |
| 08/31/20 | | Reverses Wire In # 0 | REFUND OF TAX PENALTY PD BY ESTATE ERROR IN CODE | 2810-000 | | $4,777.93 | $295,527.85 |
| 08/31/20 | | Reverses Wire In # 0 | REFUND OF TAX PENALTY PD BY ESTATE ERROR IN CODE | 2810-000 | | $4,867.82 | $290,660.03 |

| | | | Page Subtotals: | | $300,315.44 | $9,655.41 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622

Case Name: GUNDER ROAD HOLDINGS, LLC

Taxpayer ID No: XX-XXX0721

For Period Ending: 01/04/2021

Trustee Name: John A. Hedback

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0019

Checking Account

Blanket Bond (per case limit): $37,979,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/20 | 2007 | JOHN A. HEDBACK<br>2855 Anthony Lane So<br>Suite 201<br>St Anthony, MN  55418 | Chapter 7<br>Compensation/Expense | | | $33,467.46 | $257,192.57 |
| | | John A. Hedback | Chapter 7<br>Compensation/Expense ($32,830.70) | 2100-000 | | | |
| | | John A. Hedback | Chapter 7<br>Compensation/Expense ($636.76) | 2200-000 | | | |
| 09/02/20 | 2008 | SWEENEY & MASTERSON PA<br>325 CEDAR ST, STE 600<br>ST PAUL, MN  55101 | Attorney for Trustee Fees<br>(Other Fi | 3210-000 | | $131,564.00 | $125,628.57 |
| 09/02/20 | 2009 | SWEENEY & MASTERSON PA<br>325 CEDAR ST, STE 600<br>ST PAUL, MN  55101 | Attorney for Trustee Expenses<br>(Othe | 3220-000 | | $3,230.28 | $122,398.29 |
| 09/02/20 | 2010 | CHERYL G WESLER<br>TIBBLE & WESLER CPA PC<br>2813 WEST MAIN ST<br>KALAMAZOO, MI 49006 | Accountant for Trustee Fees<br>(Other | 3410-000 | | $16,242.50 | $106,155.79 |
| 09/02/20 | 2011 | CHERYL G WESLER<br>TIBBLE & WESLER CPA PC<br>2813 WEST MAIN ST<br>KALAMAZOO, MI 49006 | Accountant for Trustee<br>Expenses (Ot | 3420-000 | | $615.50 | $105,540.29 |
| 09/02/20 | 2012 | U.S. TRUSTEE<br><br>300 South Fourth Street<br>Suite 1015<br>Minneapolis, MN 55415 | Claim 000011, Payment<br>100.00000% FINAL<br>DISTRIBUTION | 2950-000 | | $325.00 | $105,215.29 |
| 09/02/20 | 2013 | MADSEN, O'MEARA AND COMPANY PC<br><br>10800 LYNDALE AVE SO, STE 250<br>BLOOMINGTON, MN  55420 | Accountant for Trustee/D-I-P<br>Fees ( | 6410-000 | | $665.00 | $104,550.29 |
| 09/02/20 | 2014 | LAPP, LIBRA, THOMSON, STOEBNER<br>& PUSCH, CHARTERED<br>ATTN:  RALPH MITCHELL<br>120 SOUTH 6TH ST, STE 2500<br>MINNEAPOLIS, MN  55402 | Attorney for Trustee Fees<br>(Other Fi | 6210-000 | | $45,122.91 | $59,427.38 |

Page Subtotals: $0.00   $231,232.65

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622

Case Name: GUNDER ROAD HOLDINGS, LLC

Taxpayer ID No: XX-XXX0721

For Period Ending: 01/04/2021

Trustee Name: John A. Hedback

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0019

Checking Account

Blanket Bond (per case limit): $37,979,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/20 | 2015 | INTERNAL REVENUE SERVICE 1242 Fourier Rd Ste 200, Room 215 M/S 5301 MSN Madison, WI 53717 | Claim 000004A, Payment 100.00000% FINAL DISTRIBUTION | 5800-000 | | $11,147.47 | $48,279.91 |
| 09/02/20 | 2016 | BMW FINANCIAL SERVICES NA, LLC P.O. Box 3608 Dublin, OH 43016 | Claim 000001, Payment 2.87654% FINAL DISTRIBUTION          1752 | 7100-000 | | $10.76 | $48,269.15 |
| 09/02/20 | 2017 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Claim 000002, Payment 2.87611% FINAL DISTRIBUTION          5183 | 7100-000 | | $284.02 | $47,985.13 |
| 09/02/20 | 2018 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Claim 000003, Payment 2.87607% FINAL DISTRIBUTION          8483 | 7100-000 | | $701.32 | $47,283.81 |
| 09/02/20 | 2019 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 PHILADELPHIA, PA 19114 | Claim 000004B, Payment 2.87500% FINAL DISTRIBUTION | 7100-000 | | $5.75 | $47,278.06 |
| 09/02/20 | 2020 | MARSHALL A NESSA 707 CRESTVIEW DR WEST UNION IA 52175 | Claim 000005, Payment 2.87604% | 7100-000 | | $107.19 | $47,170.87 |
| 09/02/20 | 2021 | COMMERCE BANK 7650 EDINBOROUGH WAY MINNEAPOLIS MN 55435 2108 | Claim 000006, Payment 2.87608% FINAL DISTRIBUTION          1247 | 7100-000 | | $25,939.07 | $21,231.80 |
| 09/02/20 | 2022 | PREMIER DEVELOPMENT, INC. P.O. BOX 155 PRIOR LAKE MN 55372 | Claim 000007, Payment 2.87609% | 7100-000 | | $2,093.81 | $19,137.99 |
| 09/09/20 | 2023 | BMW FINANCIAL SERVICES NA, LLC P.O. Box 3608 Dublin, OH 43016 | Claim 000001, Payment 1.88740% SUPPLEMENTAL DISTRIBUTION          1752 | 7100-000 | | $7.06 | $19,130.93 |

Page Subtotals:          $0.00          $40,296.45

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-32622
Case Name: GUNDER ROAD HOLDINGS, LLC

Taxpayer ID No: XX-XXX0721
For Period Ending: 01/04/2021

Trustee Name:  John A. Hedback
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0019
Checking Account
Blanket Bond (per case limit): $37,979,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/20 | 2024 | FIA CARD SERVICES, N.A.<br><br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000002, Payment 1.88868% SUPPLEMENTAL DISTRIBUTION      5183 | 7100-000 | | $186.51 | $18,944.42 |
| 09/09/20 | 2025 | FIA CARD SERVICES, N.A.<br><br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000003, Payment 1.88877% SUPPLEMENTAL DISTRIBUTION      8483 | 7100-000 | | $460.57 | $18,483.85 |
| 09/09/20 | 2026 | MARSHALL A NESSA<br><br>707 CRESTVIEW DR<br>WEST UNION IA 52175 | Claim 000005, Payment 1.88892% SUPPLEMENTAL DISTRIBUTION | 7100-000 | | $70.40 | $18,413.45 |
| 09/09/20 | 2027 | COMMERCE BANK<br><br>7650 EDINBOROUGH WAY<br>MINNEAPOLIS MN 55435 2108 | Claim 000006, Payment 1.88877% SUPPLEMENTAL DISTRIBUTION      1247 | 7100-000 | | $17,034.64 | $1,378.81 |
| 09/09/20 | 2028 | PREMIER DEVELOPMENT, INC.<br><br>P.O. BOX 155<br>PRIOR LAKE MN 55372 | Claim 000007, Payment 1.88876% SUPPLEMENTAL DISTRIBUTION | 7100-000 | | $1,375.03 | $3.78 |
| 09/09/20 | 2029 | CLERK OF BANKRUPTCY COURT STP 200  US COURTHOUSE 316 NO ROBERT ST ST PAUL, MN  55101 | Remit to Court<br>Old Description: REMITTED TO COURT<br><br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #  CLAIM #  DIVIDEND<br>=======================<br>==========<br>  27  000004B       3.78 | 7100-001 | | $3.78 | $0.00 |
| 09/28/20 | | BANK OF AMERICA | RETD FUNDS PD VIA CHECK #2017 | 7100-000 | | ($284.02) | $284.02 |
| 09/28/20 | | BANK OF AMERICA | RETD FUNDS PD VIA CHECK 2018 | 7100-000 | | ($701.32) | $985.34 |
| 09/28/20 | | BANK OF AMERICA | RETD FUNDS PD VIA CHECK #2024 | 7100-000 | | ($186.51) | $1,171.85 |
| 09/28/20 | | BANK OF AMERICA | RETD FUNDS PD VIA #2025 | 7100-000 | | ($460.54) | $1,632.39 |

Page Subtotals:                                                      $0.00          $17,498.54

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-32622                                                    Trustee Name: John A. Hedback              Exhibit 9
Case Name: GUNDER ROAD HOLDINGS, LLC                                  Bank Name: Axos Bank
                                                                     Account Number/CD#: XXXXXX0019
                                                                                    Checking Account
Taxpayer ID No: XX-XXX0721                          Blanket Bond (per case limit): $37,979,000.00
For Period Ending: 01/04/2021                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/20 | | BANK OF AMERICA | RETD FUNDS PYMTVIA 2025 | 7100-000 | | ($460.57) | $2,092.96 |
| 09/30/20 | | Reverses Deposit # 8 | RETD FUNDS PD VIA #2025 error in amount | 7100-000 | | $460.54 | $1,632.42 |
| 12/03/20 | 2030 | FIA CARD SERVICES, N.A. PO BOX 15102 WILMINTON DE 19886-5102 | REPLACEMENT CHECK BOTH DISTRIBUTION 5183 | 7100-000 | | $470.53 | $1,161.89 |
| 12/03/20 | 2031 | FIA CARD SERVICES, N.A. PO BOX 15102 WILMINGTON DE  19886.5102 | REPLACEMENT CHECK BOTH DISTRIBUTION 8483 | 7100-000 | | $1,161.89 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $290,669.69 | $290,669.69 |
| Less: Bank Transfers/CD's | $290,669.69 | $0.00 |
| Subtotal | $0.00 | $290,669.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $290,669.69 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Page Subtotals:                                    $0.00          $1,632.39

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0019 - Checking Account | $0.00 | $290,669.69 | $0.00 |
| XXXXXX0134 - Checking Account (Non-Interest Earn | $591,614.02 | $300,944.33 | $0.00 |
| | $591,614.02 | $591,614.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $591,614.02 |
| Total Gross Receipts: | $591,614.02 |

Page Subtotals:                    $0.00            $0.00